# UNITED STATES DISTRICT COURT

Southern District of Illinois

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For **Revocation** of Probation or Supervised Release) |
| DEMOND KNIGHT | |

Case No. 3:08CR30115-JPG

USM No. 32943-044

Melissa Day, AFPD
_____
Defendant's Attorney

**FILED MAY 28 2010 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE**

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  as alleged below   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of Unlawful Possession of Cannabis and Driving While License Revoked | 04/07/2009 |
| Statutory | The defendant tested positive for marijuana | 09/03/2008 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9420

Defendant's Year of Birth: 1980

City and State of Defendant's Residence:
Centreville, Il 62207

05/27/2010
_____
Date of Imposition of Judgment

_____
Signature of Judge

J. Phil Gilbert                    District Judge
_____
Name and Title of Judge

May 28, 2010
_____
Date

Judgment—Page 2 of 3

DEFENDANT: DEMOND KNIGHT
CASE NUMBER: 3:08CR30115-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 2 | The defendant failed to submit reports timely and to report to probation | 04/28/2009 |
| Standard # 3 | The defendant failed to call On-Site Drug Testing Program | 10/16/2008 |
| Standard # 5 | The defendant failed to maintain regular employment | 04/30/2009 |
| Standard # 6 | The defendant changed employment without prior notification to probation | 04/29/2009 |
| Standard # 11 | The defendant failed to notify probation timely of being arrested | 04/07/2009 |
| Special | The defendant failed to participate in program for substance abuse | 05/07/2009 |

DEFENDANT: DEMOND KNIGHT
CASE NUMBER: 3:08CR30115-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

24 months

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant receive drug treatment and mental health treatment.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL